HINTON FOLSOM, as Tax Collector of Jackson County Florida, and ERNEST AMOS, as Comptroller of The State of Florida, *Appellants,* v. FIRST NATIONAL BANK of Marianna, a corporation, *Appellee.*

Division B.

Decision filed April 1, 1929.

*James H. Finch* and *Fred H. Davis,* Attorney General, for Appellants;

*R. S. Pierce, Jr.,* for Appellee.

PER CURIAM.—The decree herein is affirmed on the authority of Roberts, Tax Collector v. American National Bank of Pensacola, this day filed.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.